UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24137-Civ-COOKE/GOODMAN

MARICELA ESPINOSA, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

M AND G SUPERMARKET INC.,
MAXIMO D. CUEVAS and MARY L.
CUEVAS,

    Defendants.
_____/

**NOTICE OF JOINT MOTIONS**

    The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

    **DONE and ORDERED** in chambers in Miami, Florida this 5TH day of December 2017.

                                            _____
                                            MARCIA G. COOKE
                                            United States District Judge

Copies provided to:
*Jonathan Goodman,* U.S. Magistrate Judge
*Counsel of Record*